**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **BRIDGE HOUSE CORPORATION** | * | **MDL 2804** |
| | * | |
| | * | **Case No. 1:17-MD-2084** |
| **VERSUS** | * | |
| | • | **This refers to Bridge House Corporation** |
| | • | **Case No. 1:18-op-46061** |
| | • | |
| **Purdue Pharma, L.P.; Purdue Pharma, Inc.; The Purdue Frederick Company, Inc.; Teva Pharmaceutical Industries, LTD.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Noramco, Inc.; Endo Health Solutions, Inc.; Endo Pharmaceuticals, Inc.; Allergan PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis, LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Mallinckrodt PLC; Mallinckrodt LLC; Insys Therapeutics, Inc.; McKesson Corporation; Cardinal Health, Inc.; and AmerisourceBergen Drug Corporation Richard Sackler; Kathe Sackler; Jonathan Sackler;Theresa Sackler; Mortimer D.A. Sackler;Ilene Sackler; Beverly Sackler;David Sackler, Stuart Baker;Pars, Rhodes Tech; Rhodes Pharma; Rhodes Inc,; Trust for the Benefit of Members of the Raymond Sackler Family; P.F. Laboratories, Inc.;Par Pharmaceuticals Inc., Anda;CVS Health Corp.;Rite Aid Corp.; Walgreens Boots Alliance, Inc.; Walgreen Co., and, Wal-Mart Inc.** | * | **JUDGE HON. DAN A. POLSTER**<br><br>**Granted. So Ordered.**<br><br>***s/Dan Aaron Polster***<br>**DAN AARON POLSTER**<br>**U.S. DISTRICT JUDGE**<br><br>**Date: July 27, 2026** |

*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S EX-PARTE MOTION TO DISMISS CLAIMS AGAINST ALL DEFENDANTS WITH PREJUDICE**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Bridge House Corporation who respectfully moves the Court pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure moves this Honorable Court for an order dismissing all claims against all Defendants in the above captioned action, with prejudice.

Plaintiff, Bridge House Corporation no longer wishes to pursue this matter and wishes to voluntarily dismiss its claims contained in its *Complaint* against all Defendants, with prejudice.

**WHEREFORE**, Plaintiff, Bridge House Corporation, respectfully requests the Court enter an order dismissing Bridge House Corporation's claims against all Defendants, with Prejudice.

Respectfully submitted by:

Mark Stein

MARK S. STEIN LSBA # 12428
701 Poydras St.
Suite 3600
New Orleans, Louisiana, 70139
Phone: (504) 589 0213
Fax: (504) 589 0233
Email: mstein@lowestein.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **BRIDGE HOUSE CORPORATION** | * | **MDL 2804** |
| | * | |
| | * | **Case No. 1:17-MD-2084** |
| **VERSUS** | * | |
| | • | **This refers to Bridge House Corporation** |
| | • | **Case No. 1:18-op-46061** |
| | • | |
| **Purdue Pharma, L.P.; Purdue Pharma, Inc.; The Purdue Frederick Company, Inc.; Teva Pharmaceutical Industries, LTD.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Noramco, Inc.; Endo Health Solutions, Inc.; Endo Pharmaceuticals, Inc.; Allergan PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis, LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Mallinckrodt PLC; Mallinckrodt LLC; Insys Therapeutics, Inc.; McKesson Corporation; Cardinal Health, Inc.; and AmerisourceBergen Drug Corporation Richard Sackler; Kathe Sackler; Jonathan Sackler;Theresa Sackler; Mortimer D.A. Sackler;Ilene Sackler; Beverly Sackler;David Sackler, Stuart Baker;Pars, Rhodes Tech; Rhodes Pharma; Rhodes Inc,; Trust for the Benefit of Members of the Raymond Sackler Family; P.F. Laboratories, Inc.;Par Pharmaceuticals Inc., Anda;CVS Health Corp.;Rite Aid Corp.; Walgreens Boots Alliance, Inc.; Walgreen Co., and, Wal-Mart Inc.** | * * * * * * * * * * * * * * * * * * * * | **JUDGE HON. DAN A. POLSTER** |

*

**ORDER**

Upon Consideration of Plaintiff, Bridge House Corporation, Bridge House Corporation's Motion to Dismiss with Prejudice is Granted.

IT IS SO ORDERED

____________________________
Hon. Dan Aaron Polster
United States District Judge

**CERTIFICATE OF SERVICE**

I certify that on this the __day of July, 2026 the foregoing pleading was filed with the clerk of court using the CM/ECF system. Notice of this filing will be served upon all parties by operation of the Court's electronic filing system.

Mark Stein

____________________________________
MARK S. STEIN